UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: MARIA SIDES
1811 PLEASANT HILL RD
WETUMPKA, AL 36092

CASE NO: 15-30953-DHW

Soc. Sec. No. XXX-XX-3875
Debtor.

**AMENDED
INCOME WITHHOLDING ORDER**

TO: ONIN STAFFING
ATTN PAYROLL
ONE PERIMETER PARK S STE 450 N
BIRMINGHAM, AL 35243

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that ONIN STAFFING withhold from the wages, earnings, or other income of this debtor the sum of **$77.00 WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-30953-DHW MARIA SIDES
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, June 22, 2015 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge