**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

MARK SIDES,
MARIA SIDES,

Debtors.

Case No. 15-30953-DHW
Chapter 13

# CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 64) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtors in payments under the confirmed chapter 13 plan. The motion came on for hearing on February 6, 2017, at which time the debtors requested additional time to consider the conversion of this case to a case under chapter 7. In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED effective ***14*** days from the date of this order unless the debtors convert the case to a case under chapter 7 on or before the effective date.

Done this 6th day of February, 2017.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtors
Richard D. Shinbaum, Attorney for Debtors
Sabrina L. McKinney, Acting Trustee
All Creditors